UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                    Civil No. 09-mc-12-JD

<u>Mark P. Sullivan</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 6, 2009, no objection having been filed.  The Defendant is ordered to obey the summons and he is ordered to appear on June 17, 2009 at 10:00 a.m., at 80 Daniel Street, Portsmouth, New Hampshire before David Kalinowski, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of November 18, 2008.  The government is awarded its costs.

      SO ORDERED.


June 1,  2009                                /s/Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

cc:   T. David Plourde, AUSA
       Mark P. Sullivan